## 75392. THOMPSON v. CROWNOVER et al.
### (387 SE2d 53)

CARLEY, Chief Judge.

In *Thompson v. Crownover*, 186 Ga. App. 633 (368 SE2d 170) (1988), we affirmed the trial court's grant of summary judgment in favor of appellee-defendants. On certiorari, the Supreme Court reversed. *Thompson v. Crownover*, 259 Ga. 126 (377 SE2d 660) (1989). Accordingly, the judgment of the Supreme Court is made the judgment of this Court and the judgment of the trial court is reversed.

*Judgment reversed. Deen, P. J., McMurray, P. J., Banke, P. J., Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED SEPTEMBER 8, 1989.

*David H. Pope*, for appellant.
*Richard B. Eason, Jr., Eric E. Huber, Rex T. Reeves, Jack O. Morse*, for appellees.